PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

Attorneys for Petitioners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST        :
FUND, PENSION TRUST FUND and           :
LOCAL 51 EDUCATION, RELOCATION         :   08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT          :
BENEFITS FUND, by their Trustees,      :
                                       :
                    Petitioners,       :   **DISCLOSURE STATEMENT**
                                       :
        - against -                    :
                                       :
EVEREADY GRAPHICS, INC.,               :
                                       :
                    Respondent.        :
-----------------------------------------------------------------X

      1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

      2.    Petitioners Pressroom Unions' Welfare Trust Fund, Pension Trust Fund and Local 51 Education, Relocation and Supplemental Unemployment Benefits Fund have no corporate parents, subsidiaries or affiliates.

Dated: New York, New York
       January 17, 2008

                                                 PROSKAUER ROSE LLP
                                                 Attorneys for Petitioners

                                                 By: /s/ Sally L. Schneider
                                                      Sally L. Schneider
                                                 1585 Broadway
                                                 New York, New York 10036
                                                 (212) 969-3803

                                                 sschneider@proskauer.com