**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST FUND, et al.,

        Plaintiff(s),

    -against-                            AFFIDAVIT OF SERVICE
                                          08 Civ. 521 (RMB)
EVEREADY GRAPHICS, INC.,

        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                         S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of

eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 24TH day of January, 2008, at approximately the time of 12:30P.M., at the

office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent

served the NOTICE OF PETITION TO CONFIRM ARBITRATION AWARDS AND VERIFIED

PETITION TO CONFIRM ARBITRATION AWARDS AND MEMORANDUM OF LAW IN

SUPPORT OF PETITION AND INDIVIDUAL PRACTICES OF JUDGE BERMAN AND

USDC/SDNY 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE APPEAL

AND GUIDELINES FOR ELECTRONIC CASE FILING AND PROCEDURES FOR ELECTRONIC

CASE FILING upon EVEREADY GRAPHICS, INC., the defendant in this action, by delivering to and

leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2)

true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of

forty dollars. That said service was made pursuant to Section, 306, Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual

in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of

said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com



# Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE

Sworn to before me this
24TH day of January, 2008

NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com