PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST                  :
FUND, PENSION TRUST FUND and                              :
LOCAL 51 EDUCATION, RELOCATION                      :    08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT           :
BENEFITS FUND, by their Trustees,                               :
                                                                                                 :
                                                       Petitioners,        :    **NOTICE OF MOTION FOR**
                                                                                                 :    **JUDGMENT**
                        - against -                                                    :
                                                                                                 :
EVEREADY GRAPHICS, INC.,                                       :
                                                                                                 :
                                                       Respondent.    :
------------------------------------------------------------------X

**SIRS:**

      **PLEASE TAKE NOTICE** that upon the Affidavit of Sally L. Schneider, sworn to on February 28, 2008, and the exhibits attached thereto, all of which are submitted herewith, and upon all papers and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Richard M. Berman, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007 in Courtroom 21D, on March 26, 2008 at 9:00 am, or as soon thereafter as counsel can be heard, for entry of a Judgment in favor of petitioners Pressroom Unions' Welfare Trust Fund, Pension Trust Fund and Local 51 Education, Relocation and Supplemental Unemployment Benefits Fund and against respondent Eveready Graphics, Inc. in

the liquidated amount of $9,231.62 for unpaid benefit contributions, interest, liquidated damages, costs and expenses, attorneys' fees and costs.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served on the undersigned attorneys for Petitioners and filed with the Court no later than March 17, 2008.

Dated: New York, New York
       February 28, 2008

            PROSKAUER ROSE LLP
            Attorneys for Petitioners

            By: /s/ Sally L. Schneider
              Sally L. Schneider
            1585 Broadway
            New York, New York  10036
            (212) 969-3803

            sschneider@proskauer.com

TO: Eveready Graphics, Inc.
    2526A Butler Place
    Bronx, New York  10461