PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803
sschneider@proskauer.com

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST    :
FUND, PENSION TRUST FUND and       :
LOCAL 51 EDUCATION, RELOCATION     :  08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT      :
BENEFITS FUND, by their Trustees,  :
                                   :
                    Petitioners,   :  **CLERK'S CERTIFICATE**
                                   :  **OF DEFAULT**
       - against -                 :
                                   :
EVEREADY GRAPHICS, INC.,           :
                                   :
                    Respondent.    :
------------------------------------------------------------------X

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that the Petition to Confirm Arbitration Awards was filed on January 18, 2008, that respondent Eveready Graphics, Inc. was served by Deborah LaPointe with true copies of the Notice of Petition to Confirm Arbitration Awards, Verified Petition and Memorandum of Law in Support of Petition on January 24, 2008, by service on Donna Christie, an agent of the New York Secretary of State, and that proof of service was filed with the Court on January 28, 2008.

I further certify that the docket entries indicate that respondent Eveready Graphics, Inc. has not filed an answer, appearance or otherwise moved with respect to the Petition and such respondent's time to respond has expired. The default of respondent Eveready Graphics, Inc. is hereby noted.

Dated: New York, New York
       February 28, 2008

_J. Michael McMahon_
CLERK