PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST        :
FUND, PENSION TRUST FUND and           :
LOCAL 51 EDUCATION, RELOCATION         :    08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT          :
BENEFITS FUND, by their Trustees,      :
                                       :
                         Petitioners,  :    **CERTIFICATE OF SERVICE**
                                       :
        - against -                    :
                                       :
EVEREADY GRAPHICS, INC.,               :
                                       :
                         Respondent.   :
-----------------------------------------------------------------X

      The undersigned, an attorney duly admitted to practice before the courts of the State of New York and before this Court, hereby certifies that true and correct copies of the Notice of Motion for Judgment, dated February 28, 2008, together with the supporting Affidavit of Sally L. Schneider, and all of the exhibits attached to said affidavit, and the Clerk's Certificate of Default, were served upon respondent Eveready Graphics, Inc. at 2526A Butler Place, Bronx, New York 10461, by first class mail, postage prepaid, on February 29, 2008.

Dated: New York, New York
       February 29, 2008

                                                          /s/ Sally L. Schneider
                                                        Sally L. Schneider, Esq.