PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York  10036
(212) 969-3803

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST           :
FUND, PENSION TRUST FUND and              :
LOCAL 51 EDUCATION, RELOCATION            :   08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT             :
BENEFITS FUND, by their Trustees,         :
                                          :
                           Petitioners,   :   **NOTICE OF DISMISSAL**
                                          :
           - against -                    :
                                          :
EVEREADY GRAPHICS, INC.,                  :
                                          :
                           Respondent.    :
-----------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that petitioners, by their attorneys, Proskauer Rose LLP, hereby dismiss the above-captioned action, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P.

Dated:   New York, New York
         March 25, 2008

                                          PROSKAUER ROSE LLP
                                          Attorneys for Petitioners

                                          By: /s/  Sally L. Schneider
                                                Sally L. Schneider
                                          1585 Broadway
                                          New York, New York  10036
                                          (212) 969-3803

                                          sschneider@proskauer.com

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the annexed Notice of Dismissal was served upon respondent Eveready Graphics, Inc., at the following address:

2526A Butler Avenue
Bronx, New York   10461

by first class mail, postage prepaid, on March 25, 2008.

  /s/  Sally L. Schneider
Sally L. Schneider, Esq.