PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

*Attorneys for Petitioners*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST  :
FUND, PENSION TRUST FUND and     :
LOCAL 51 EDUCATION, RELOCATION   :     08 Civ. 521 (RMB)
AND SUPPLEMENTAL UNEMPLOYMENT    :
BENEFITS FUND, by their Trustees, :
                                 :
                    Petitioners, :     **NOTICE OF DISMISSAL**
                                 :
        - against -               :
                                 :
EVEREADY GRAPHICS, INC.,         :
                                 :
                    Respondent.   :
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that petitioners, by their attorneys, Proskauer Rose LLP, hereby dismiss the above-captioned action, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P. THE CONFERENCE SCHEDULED FOR 3/26/08 IS VACATED, AND THE CLERK IS REQUESTED TO CLOSE THIS CASE.

Dated:   New York, New York
         March 25, 2008

                    PROSKAUER ROSE LLP
                    Attorneys for Petitioners

                    By: /s/ Sally L. Schneider
                        Sally L. Schneider
                        1585 Broadway
                        New York, New York 10036
                        (212) 969-3803

                        sschneider@proskauer.com

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
3/25/08